UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-61236-CIV-COHN/SELTZER

ETIENNE DORVILUS, on his own
behalf and all others similarly
situated,

      Plaintiff,

v.

SHLOMIE'S KOSHER BAKERY, INC.,
a Florida corporation, and CHAIM
FEDER, individually,

      Defendants.
_____/



## ORDER ENTERING DEFAULT

**THIS CAUSE** is before the Court *sua sponte*. On October 31, 2008, the Court entered an Order granting a Motion to Withdraw filed by Defendant Shlomie's Kosher Bakery, Inc.'s ("Shlomie's") former counsel. Based on the well-settled principle of law that a corporation cannot appear *pro se* and must be represented by counsel, see Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385-1386 (11th Cir. 1985), cert. denied, 474 U.S. 1058 (1986), the Court ordered that Shlomie's had up to and including December 1, 2008 to have substitute counsel file a notice of appearance in this case. Shlomie's failed to have a notice of appearance filed by December 1, 2008.

In an Order dated December 5, 2008, the Court directed Shlomie's to have substitute counsel file a notice of appearance by December 19, 2008 and the Court advised Shlomie's that failure to do so would result in a default being entered against Shlomie's. To date, no notice of appearance has been filed on Shlomie's behalf.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk of Court shall enter a **DEFAULT** in favor of Plaintiff Etienne Dorvilus and against Defendant Shlomie's. It is further

**ORDERED AND ADJUDGED** that the Clerk of Court shall **STRIKE** Defendants' Answer and Affirmative Defenses to Plaintiff's Complaint ("Answer") as it pertains to Defendant Shlomie's.[1]

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 22nd day of December, 2008.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record

Shlomie's Kosher Bakery, Inc.
c/o Chaim Feder
1170 Ocean Parkway
Brooklyn, NY 11230

---

[1] The Answer remains valid with respect to Defendant Chaim Feder.